NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHINA FIRST PENCIL CO., LTD.,
SHANGHAI THREE STAR STATIONERY
INDUSTRY CO., LTD., AND SHANGHAI FOREIGN
TRADE CORP.,**
*Plaintiffs-Appellees,*

AND

**SHANDONG RONGXIN IMPORT & EXPORT CO.,
LTD.,**
*Plaintiff,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

AND

**SANFORD, L.P. AND
MUSGRAVE PENCIL CO., INC.,**
*Defendants-Appellants.*

---

2011-1237

---

Appeal from the United States Court of International Trade in case no. 09-CV-0325, Judge Gregory W. Carman.

---

**ON MOTION**

## ORDER

China First Pencil Co., Ltd., et al. move for a 14-day extension of time, until July 27, 2011, for all appellees to file their briefs,

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

<u>JUL 2 0 2011</u>
Date

<u>/s/ Jan Horbaly</u>
Jan Horbaly
Clerk

cc: Francis J. Sailer, Esq.
    George W. Thompson, Esq.
    Carrie A. Dunsmore, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 0 2011

JAN HORBALY
CLERK